No. 184. HAMMOND-KNOWLTON, ADMINISTRATRIX, *v.* HARTFORD CONNECTICUT TRUST CO., EXECUTOR. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William H. O'Hara* for petitioner. *Solicitor General*

*Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *J. Louis Monarch* for respondent. ▄▄

